**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**UNITED STATES OF AMERICA**

vs.                                                                                            Case no: 3:04CR23/RV

**JOSEPH WILLIAM BROOKS**

---

### ORDER EXTENDING AND MODIFYING SUPERVISION

THIS MATTER CAME on to be heard on January 31, 2006; there appearing Assistant U.S. Attorney David Goldberg; and the defendant, Joseph William Brooks; appearing in person with counsel, Assistant Federal Public Defender Thomas Keith; and after receiving testimony, the Court did find the defendant in violation of his supervised release as to Violation Numbers 1, 2 and 3, of the Amended Petition for Warrant or Summons for Offender Under Supervision dated December 8, 2005.  The Court orders the defendant's term of supervised release be extended for a period of five (5) months from January 31, 2006, with the following additional special conditions:

"The defendant shall reside at a community corrections center and remain there, except as authorized, for the remainder of his term of supervised release. The offender shall be placed in the Corrections Component (most restrictive conditions) of the center, with no furloughs or weekend passes except as approved through the probation office. The offender shall surrender himself at the center no later than February 3, 2006, by 12:00 noon, or otherwise as directed by the probation office.

"While at the community corrections center, the offender shall make monthly payments toward his outstanding fine balance sufficient to satisfy his this obligation prior to his new termination date."

In all other respects, the previous judgment remains in full force and effect.

**DONE AND ORDERED** in Open Court at Pensacola, Florida, this 31st day of January, 2006.

/s/ *Roger Vinson*
ROGER VINSON
SENIOR UNITED STATES DISTRICT JUDGE