Probation Form No. 35  
(1/92)

Report and Order Terminating Probation /  
Supervised Release  
Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
### for the
### Northern District of Florida

UNITED STATES OF AMERICA

V.                          Crim. No. 3:04CR23/RV (ND/FL)

JOSEPH WILLIAM BROOKS

     On January 3, 2003, the above named was placed on Supervised Release for a period of 3 years. This term commenced on April 1, 2003. He has complied with the rules and regulations of Supervised Release and is no longer in need of Supervised Release. It is accordingly recommended that Joseph William Brooks be discharged from Supervised Release.

Respectfully submitted,

Donna D. Easterling  
U.S. Probation Officer

### ORDER OF THE COURT

     Pursuant to the above report, it is ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

Date this __6__ day of __June__, 2006

Roger Vinson  
Senior U.S. District Judge

06 JUN -5 PM 3: 53

FILED